[No. 63148-9-I.   Division One.   January 11, 2010.]

ERNEST COULTER ET AL., *Appellants*, v. ASTEN GROUP, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-34675-0, Sharon S. Armstrong, J., entered March 3, 2009. *Remanded* by unpublished opinion per Appelwick, J., concurred in by Grosse and Leach, JJ. Now published at 155 Wn. App. 1.

[No. 63206-0-I.   Division One.   January 11, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ARTHUR HARGITT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-02649-0, James H. Allendoerfer, J., entered March 6, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Leach, JJ.

[No. 63211-6-I.   Division One.   January 11, 2010.]

DENNIS DOCHNAHL ET AL., *Appellants*, v. INEZ SOMERVILLE PETERSEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-17192-4, Laura Gene Middaugh, J., entered March 19, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Cox and Appelwick, JJ.

[No. 63574-3-I.   Division One.   January 11, 2010.]

SUE SHERMAN, *Appellant*, v. DENNIS DIEDRICH, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 08-2-00439-5, Michael E. Rickert, J., entered April 29, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Leach, JJ.